IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:10CR420 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| AMPHAYVANH ALSTATT and | ) | |
| EDWARD ALSTATT, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Before the court is defendants' Motion to Continue Trial (Filing No. 38), requesting that the April 11, 2011, trial be continued to July 25, 2011. After considering the matter, and following a phone conference with the attorneys in this case, the court will grant the motion.

IT IS ORDERED:

1.  The jury trial of these defendants is continued to **July 25, 2011, at 8:30 a.m.**, Courtroom No. 3, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska. The defendants must be present for trial.

2.  In the interest of justice, the time between today's date and July 25, 2011, is excluded under the Speedy Trial Act.

DATED this 22nd day of March, 2011.

BY THE COURT:


s/ Joseph F. Bataillon
Chief United States District Judge