IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:10CR420 |
| v. | ) | |
| AMPHAYVANH ALSTATT,<br>EDWARD ALSTATT, | ) | ORDER |
| Defendants. | ) | |

This matter is before the court sua sponte;

IT IS ORDERED that Exhibit No. 520, which has been received into evidence, shall be temporarily released to the interpreters assisting the court and parties during the non-jury trial proceedings in this matter.

IT IS FURTHER ORDERED that the exhibit shall be returned in the same condition and order in which it was received.

DATED this 28th day of July, 2011.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge